# United States District Court
## Southern District of Georgia

CHANDRA L. PORTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 415-297

CITY OF SAVANNAH, GEORGIA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 12, 2018 and upon due consideration of the background, legal standard, and discussion outlined in this Order, Defendant City of Savannah, Georgia's Summary Judgment Motion is hereby granted and judgment is hereby entered against Plaintiff. This case stands closed.

| | | |
|---|---|---|
| 06/12/2018 | | Scott L. Poff |
| *Date* | | *Clerk* |
| | | /s/ Jamie Hodge |
| | | *(By) Deputy Clerk* |